UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BILLIE MARIE COOKE,**

    **Plaintiff,**

**v.**                                                          **Case No. 6:20-cv-1090-ACC-GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

**ORDER**

This cause is before the Court on appeal from the final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability Benefits.

The United States Magistrate Judge has submitted a report recommending that the final decision be AFFIRMED. (Doc. 32).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 26, 2021 (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

- 2 -

2. The final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability Benefits is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment, accordingly, and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record